```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PREPARED FOOD PHOTOS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUNIATA SUPERMARKET, INC. | : | NO. 23-1294 |

JUDGMENT AND PERMANENT INJUNCTION

AND NOW, this 6th day of September 2023, based on the foregoing findings of fact and conclusions of law, it is hereby ORDERED that:

(1) JUDGMENT is entered in favor of Plaintiff Prepared Food Photos, Inc. and against defendant Juniata Supermarket, Inc. in the amount of $15,000 in statutory damages;

(2) defendant Juniata Supermarket, Inc., its officers, agents, servants, employees, attorneys and other persons in active concert or participation with them are PERMANENTLY ENJOINED from directly or indirectly infringing the copyrighted works of Plaintiff Prepared Food Photos, Inc., including, but not limited to its copyrights of photographs of food; and

(3) the court retains jurisdiction to enforce this JUDGMENT and PERMANENT INJUNCTION and to consider the award of counsel fees and costs.

BY THE COURT:

/s/  Harvey Bartle III
                              J.